UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff

v.

Case No. 26-30718
Originating No. 25cr359

**CHRISTOPHER ALEXANDER,**

Defendant.
_______________________________________/

**GOVERNMENT'S PETITION FOR TRANSFER OF DEFENDANT TO ANOTHER DISTRICT AND SUPPORTING BRIEF**

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **CHRISTOPHER ALEXANDER,** to answer to charges pending in another federal district, and states:

1. On **November 16, 2026,** defendant was arrested in the Eastern District Michigan in connection with a federal arrest warrant issued in the **Northern District of Ohio based on a Petition**. Defendant is charged in that district with violations of **Pretrial Release.**

2. Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above. *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

JEROME F. GORGON, JR.
United States Attorney

*s/Davin Reust*
DAVIS REUST
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9100

Dated: November 16, 2026